UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>VASO AZZURRO, LLC,<br><br>        Defendant. | Case No. 22-cv-01212-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 9, 2023**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 16, 2023 at 1:30 pm** in Courtroom 3, 17th Floor of the San Francisco Courthouse and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: January 12, 2023

_____
Richard Seeborg
Chief United States District Judge